**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Max & Erma's, Inc., | § | Bankr. No. 09-27807 |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To: Clerk of Courts

     Please enter the appearance of Heather A. Sprague on behalf of the United States Trustee in the above captioned matter.

                                    Respectfully Submitted,

                                    Roberta A. DeAngelis
                                    Acting United States Trustee


               By:    /s/Heather A. Sprague
                        Heather A. Sprague, Trial Attorney
                        Massachusetts ID 661541
                        Liberty Center, Suite 970
                        1001 Liberty Avenue
                        Pittsburgh, Pennsylvania 15222
                        (412) 644-4756 Telephone
                        (412) 644-4785 Facsimile