IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>MAX & ERMA'S RESTAURANT, INC.,<br><br>Debtor(s) | Bankruptcy No. 09-27807<br><br>Chapter 11 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN LAW FIRM, P.C.

    By: /s/ Peter J. Ashcroft
    Peter J. Ashcroft, Esquire
    PA I.D. # 87317
    pashcroft@bernsteinlaw.com
    Suite 2200 Gulf Tower
    Pittsburgh, PA 15219
    Tel: (412) 456-8107
    Fax: (412) 456-8255

    Attorney for Creditor,
    Duquesne Light Company

Dated: October 26, 2009