IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

---

In Re:                                                                                      Chapter 11

Max & Erma's Restaurant, Inc.

                                                           Case No. 09-27807-MBM

      Debtor.

---

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., a Landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn:  Catherine M. Martin, Esq.
225 West Washington Street
Indianapolis, Indiana  46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                          Respectfully submitted,

                           */s/ Catherine M. Martin*
                          Catherine M. Martin, Esq., Attorney for
                          Simon Property Group, Inc. and its related entities
                          TN Bar No. 019472
                          PH:  (317) 685-7263 / FAX : (317) 263-7901
                          E-mail address:  cmartin@simon.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was sent on October 27, 2009 via overnight delivery, regular United States mail, postage prepaid, facsimile and/or ECF Noticing to the parties listed below.

By:    */s/ Catherine M. Martin*
      Catherine M. Martin, Esq.
      TN Bar No. 019472

*Debtor*
**Max & Erma's Restaurant, Inc.**
2200 Spring Garden Avenue
2nd Floor
Pittsburgh, PA 15212
Tax ID / EIN: 31-1041397

represented by **Robert O Lampl**
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
412-392-0330
Fax : 412-392-0335
Email: rol@lampllaw.com

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

represented by **Heather A. Sprague on Behalf of the United States Trustee by**
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
412-644-4756
Fax : 412-644-4785
Email: Heather.Sprague@usdoj.gov