IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME   Max & Erma's Restaurant Inc.

CASE NO.    09-27807

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Motion for Pro Hac Vice Admission that you submitted has been accepted for filing. This document fails to conform to either the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or Local Bankruptcy Rules. Please file the documents checked below:

☒  A proposed order of court should be submitted for the motion, application, objection to claim, or complaint within 10 days of the date this notice is issued. The pleading may be stricken if the proposed order is not timely filed. The case may be dismissed without further notice if the motion requests an extension of time to complete the bankruptcy petition, and the order is not submitted within 10 days of the date of this notice.

☐  Reaffirmation Agreement: An affidavit of attorney in accordance with 11 USC §524 (c) (3) or a proposed order of court if the debtor(s) is/are not represented by counsel.

☐  Adversary cover sheet

☐  Other:

**Amendments :**

☐  Certificate of mailing.

☐  Supplemental mailing matrix of **only the affected creditors.**

☐  Other :

**Please attach a copy of this Notice to the front of the documents that are filed in response to this request.** The document that has been submitted may be stricken if the requested materials are not filed within 10-days of the date of this notice.

| October 27, 2009 | Doug Basinski |
|---|---|
| Date | Deputy Clerk |

#60c- l