IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| MAX & ERMA'S RESTAURANT, INC., | Case No. 09-27807-MBM |
| Debtor. | |

**ENTRY OF APPEARANCE AND REQUEST
FOR NOTICES OF NATIONAL CITY BANK, FOR ITSELF
AND AS AGENT, PURSUANT TO FED. R. BANKR. P. 2002 AND 9010**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for National City Bank ("National City"), for itself and as agent, and requests that National City be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Robert P. Simons, Esquire
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 228-7294
Facsimile: (412) 288-3063
E-Mail: rsimons@reedsmith.com

and

Joshua C. Lewis, Esquire
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 228-4146
Facsimile: (412) 288-3063
E-mail: jlewis@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, electronic mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive National City's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

US_ACTIVE-102557508.310/28/09 10:01 AM

which National City is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: October 28, 2009<br>Pittsburgh, Pennsylvania | By: */s/ Robert P. Simons*<br>Robert P. Simons (PA ID No. 48892)<br>Joshua C. Lewis (PA ID No. 92945)<br>REED SMITH LLP<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Telephone: (412) 228-7294 / 4146<br>Facsimile: (412) 288-3063<br>E-mail: rsimons@reedsmith.com<br>jlewis@reedsmith.com<br><br>**Counsel to National City Bank, For Itself And As Agent** |

US_ACTIVE-102557508.310/28/09 10:01 AM