UNITED STATES BANKRUPTCY COURT FILED
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re: )
) Chapter 11  '09 OCT 28 A10 :49
MAX & ERMA'S RESTAURANT, INC., ) Case No. 09-27807-MBM
)
Debtor. ) CLERK
TAX ID: XX-XXX1397 ) U.S. BANKRUPTCY COURT

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To: The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

>Andrew S. Conway, Esq.
>200 East Long Lake Road, Suite 300
>Bloomfield Hills, Michigan 48304
>Email address: Aconway@taubman.com

Dated: October 27, 2009

Andrew S. Conway
Attorney for the Taubman Landlords

By: _____
Andrew S. Conway
(248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: MacArthur Shopping Center LLC, commonly known as MacArthur Center, located in Norfolk, Virginia; Partridge Creek Fashion Park LLC, commonly known as The Mall at Partridge Creek, located in Clinton Township, Michigan; and Twelve Oaks Mall, LLC, commonly known as Twelve Oaks Mall, located in Novi, Michigan.

Doc ID: 7162.1

UNITED STATES BANKRUPTCY COURT FILED
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re: )
) Chapter 09 OCT 28 A10 :49
MAX & ERMA'S RESTAURANT, INC., ) Case No. 09-27807-MBM
)
Debtor. ) U.S. BANKRUPTCY
TAX ID: XX-XXX1397 ) COURT

## CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on October 27, 2009, she served a copy of an **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

Robert O. Lampl, Esq.  
960 Penn Avenue, Suite 1200  
Pittsburg, PA 15222

Heather A. Sprague  
Office of U.S. Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

Susan K. Link  
_____  
Susan K. Link

Subscribed and sworn to before me,  
on this 27th day of October, 2009

Wendy L. Paul  
_____  
Wendy L. Paul, Notary Public  
Oakland County, Michigan  
My commission expires: 10/4/10  
Acting in Oakland County, MI