# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) **Bankruptcy No. 09-27807** |
| MAX & ERMA'S RESTAURANT, INC., | ) |
| | ) **Chapter 11** |
| DEBTOR. | ) |
| | ) |

## ORDER OF COURT

It is hereby, **ORDERED, ADJUDGED** and **DECREED** that the motion of Ronald E. Gold to appear before the court pro hac vice as counsel for Glimcher Properties Limited Partnership, as Managing Agent for the Owner for Fairfield Common Mall in Beavercreek, Ohio in this case, subject to the local rules of this court hereby is **APPROVED**.


Date: _____            _____
                                  United States Bankruptcy Court Judge