IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 09-27807-MBM |
| | ) | |
| MAX & ERMA'S RESTAURANT, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND
SERVICE OF ALL DOCUMENTS, REQUEST FOR MATRIX ENTRY
AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Section 1109(b) of Title 11 (the "Bankruptcy Code") of the United States Code, Eckert Seamans Cherin & Mellott LLC hereby appear as counsel to the Association of M&E Franchisees, Inc. ("Association") in the above-captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9010 and Sections 342 and 1109(b) of the Bankruptcy Code, the Association hereby requests that all documents filed with the Court, all notices given or required to be given in the above-referenced case, and all papers served or required to be served in this case be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this case:

Peter N. Pross, Esq.
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-5934
(412) 566-6099 facsimile
ppross@eckertseamans.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that affect or seek to affect in any way any rights or interests of any creditor or party in this case, including the

{J1343200.1}

Association with respect to, without limitation, (i) the Debtor, (ii) property of the estate or proceeds thereof, in which the Debtor may claim an interest or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtor may seek to use; or (iv) require or seek to require any act, delivery or any property, payment or other conduct by the Association.

**PLEASE TAKE FURTHER NOTICE** that the Association intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of the Association to have final orders and non-core matters entered only after de novo review by a District Judge; (b) the right of the Association to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of the Association to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which the Association is or may be entitled.

Dated: November 16, 2009

_____
Peter N. Pross
Pa. I.D. #36890
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-5934
(412) 566-6099 facsimile
ppross@eckertseamans.com
*Counsel to Association of M&E Franchisees, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ) Bankruptcy Case No. 09-27807-
) MBM
MAX & ERMA'S RESTAURANT, INC., )
) Chapter 11
Debtor. )

## DECLARATION IN LIEU OF AFFIDAVIT

I am the attorney for the Association of M&E Franchisees, Inc. ("Association") in the above-captioned bankruptcy case, and I am authorized by the Association to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the party's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named party, and:

*Please check the appropriate box:*

[✓] that there are no other requests to receive notices on behalf of this party, or
[ ] that the following prior request(s) for notice by or on behalf of this party shall be deleted from the matrix

I declare under penalty or perjury that the foregoing is true and correct.

Executed on: 11/16/09

_____
Peter N. Pross
Pa. I.D. #36890
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-5934
(412) 566-6099 facsimile
ppross@eckertseamans.com
*Counsel to the Association of M&E Franchisees, Inc.*

{J1343200.1}

# CERTIFICATE OF SERVICE

I, Peter N. Pross, hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for Notice and Service of All Documents, Request for Matrix Entry and Reservation of Rights was served upon the following by sending same via First Class Mail, Postage Prepaid, this 16th day of November, 2009.

>Robert O. Lampl, Esq.
>960 Penn Avenue
>Suite 1200
>Pittsburgh, PA 15222
>
>Heather A. Sprague, Esq.
>Office of the U.S. Trustee
>Liberty Center, Suite 970
>1001 Liberty Avenue
>Pittsburgh, PA 15219

>Respectfully submitted,
>
>*/s/ Peter N. Pross*
>Peter N. Pross
>Pa. I.D. #36890
>Eckert Seamans Cherin & Mellott, LLC
>600 Grant Street, 44th Floor
>Pittsburgh, PA 15219
>(412) 566-5934
>(412) 566-6099 facsimile
>ppross@eckertseamans.com
>*Counsel to the Association of M&E Franchisees, Inc.*

{J1343200.1}