IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No.** 09-27807 MBM |
| | ) | |
| Max & Erma's Restaurant, Inc., | ) | **Chapter** 11 |
| | ) | |
| **Debtor.** | ) | **Document No.** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Donald R. Calaiaro and Calaiaro & Corbett, P.C., on behalf of Gary Reinert, Sr., in the above-captioned proceeding and it is hereby respectfully requested that all notices be sent on behalf of Gary Reinert, Sr. to the above counsel's address.

**DATE**: January 6, 2010

**BY:**     /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire    PA ID #27538**
**Francis E. Corbett, Esquire    PA ID #37594**

**CALAIARO & CORBETT, P.C.**
**Grant Building, Suite 1105**
**310 Grant Street**
**Pittsburgh, PA  15219-2230**
**(412) 232-0930**

# CERTIFICATE OF SERVICE

I, Donald R. Calaiaro, certify under penalty of perjury that I served the *Notice of Appearance and Request for Notices* by First Class Mail, postage prepaid on the following:

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA 15222

Robert O. Lampl, Esquire
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222

Michael J. Roeschenthaler, Esquire
McGuire Woods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

Michael Kaminski, Esquire
Blumling & Gusky
Koppers Building, Suite 1200
436 Seventh Avenue
Pittsburgh, PA 15129

Amy Tonti, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15129

**DATE**: January 6, 2010   **BY:**   /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire   PA ID #27538**
**Francis E. Corbett, Esquire   PA ID #37594**

**CALAIARO & CORBETT, P.C.**
**Grant Building, Suite 1105**
**310 Grant Street**
**Pittsburgh, PA 15219-2230**
**(412) 232-0930**