IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 09-27807-MBM |
| ) | Chapter 11 |
| MAX & ERMA'S RESTAURANTS, INC., ) | |
| ) | Judge M. Bruce McCullough |
| Debtor. ) | |
| ) | |

### ORDER APPOINTING A CHAPTER 11 TRUSTEE

Upon consideration of the Joint Motion of the Committee of Unsecured Creditors and PNC Bank, National Association for the Appointment of a Chapter 11 Trustee or in the Alternative Termination of the Exclusive Period to File a Chapter 11 Plan (the "Motion")[1], together with any responses thereto, and evidence of record including that presented at the hearing on the Motion, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

2. The Court authorizes and directs the appointment of a chapter 11 trustee in the above-captioned bankruptcy case, pursuant to 11 U.S.C. § 1104(a).

3. The United States Trustee shall select a chapter 11 trustee within ____ days, in consultation with the Committee and the Agent. *[handwritten: Done w/o prej.]*

Dated: January 15, 2010

_____
M. BRUCE McCULLOUGH
UNITED STATES BANKRUPTCY JUDGE

\1040936.1

FILED
JAN 15 2010
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

---
[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.