# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>MAX & ERMA'S RESTAURANT, INC.,<br><br>Debtor.<br><br>MAX & ERMA'S RESTAURANT, INC.,<br><br>Movant,<br><br>vs.<br><br>NO RESPONDENTS | Case No. 09-27807-MBM<br><br>Chapter 11<br><br>Related to Doc. No. 289<br><br><br>Hearing Date and Time:<br>Febuary 11, 2010 at 10:30 p.m. |

## SUPPLEMENTAL VERIFIED STATEMENT OF MARK A. ROBERTS

I, Mark A. Roberts, verify and declare as follows:

1. I am a Managing Director of Alvarez & Marsal North America, LLC (the "A&M"). I am authorized to make this supplemental verified statement (the "Supplemental Verified Statement") on behalf of A&M. This Supplemental Verified Statement is submitted as a supplement to my verified statement dated January 20, 2010 (the "Verified Statement") and in support of the Expedited Motion to Employ Alvarez & Marsal North America, LLC As Crisis Managers for the Debtor and to Appoint Mark A. Roberts as Chief Executive Officer (the "Motion") and the Stipulated Order (defined below).

2. On January 15, 2010, Max & Erma's Restaurant, Inc. (the "Debtor"), PNC Bank, National Association, for itself and as agent for the Debtor's pre-petition secured lenders ("Agent"), and the Official Committee of Unsecured Creditors (the "Committee") submitted to the Bankruptcy Court a Stipulation and Consent Order Authorizing and Directing Debtor to Retain a Chief Restructuring Officer (the "Stipulated Order") for its consideration during the hearing ("January 15th Hearing") on a motion to appoint a chapter 11 trustee.

3. On January 15, 2010, the Bankruptcy Court entered the Stipulated Order [Docket No. 272], which authorized the retention of A&M as the most senior operating officer to supervise and maintain the operation of the businesses of the Debtor.

4. During the January 15th Hearing, counsel for the Debtor represented to the Court that a subsequent, supplemental application would be filed with the Bankruptcy Court for disclosure purposes.

5. On January 20, 2010, the Debtor filed the Motion.

6. Since the filing of the Motion, the Office of the United States Trustee made multiple inquiries/requests concerning A&M's retention, including, among others things, disclosure of the non-debtor/third party that paid A&M a $250,000 non-refundable retainer. By letter dated January 25, 2010, telephone calls and this Supplemental Verified Statement, A&M has responded to the inquiries/requests of the United States Trustee.

7. The retainer referenced in paragraph 10(d) of the Motion was paid by Power Contracting, Inc., a firm that I understand is controlled and/or owned by Gary Reinhart Sr. The retainer was paid by wire on or about January 15, 2010 in conjunction with Mr. Reinhart's signing of A&M's engagement letter. This retainer was disclosed to and approved by the Agent's counsel and the Committee's counsel in advance of payment.

8. The Office of the United States Trustee also requested that A&M disclose its relationships with bankruptcy case professionals. A&M expanded its internal relationship search to include the following parties:

    a. Robert O. Lampl, Attorney for the Debtor

    b. Reed Smith, LLP, Attorney for the Agent

    c. Raintree Capital Advisors, LLC, Financial Advisors for the Agent

    d. Bailey Cavalieri, LLC, Attorney for the Agent

    e. McGuireWoods LLP, Attorney for the Committee

    f. Walker Nell Partners, Financial Advisors for the Committee

  g. Staff of the Office of the U.S. Trustee, Region 3

  h. Roberta A. DeAngelis, Acting U.S. Trustee

Based on such review, Reed Smith, LLP and McGuireWoods, LLP have represented clients in unrelated matters where A&M or its affiliates were also an advisor (or provided crisis management) to the same client. In certain matters, these professionals may have engaged A&M on behalf of such client. In addition, McGuireWoods has and may continue to advise me and A&M in matters unrelated to the Debtor's cases.

  9. The Office of the United States Trustee also requested that A&M run a relationship check against the entire creditor body identified in the Debtor's bankruptcy schedules and file a supplemental verified statement disclosing any current or past connections with any such creditor. A&M has done so and has also run a relationship check against certain other parties in interest to the Debtor's bankruptcy cases, including, significant debt holders, the top 20 unsecured creditors, significant equity holders, certain professionals in the Debtor's case, major suppliers and other interested parties. The parties searched by A&M are identified on Exhibit A hereto (the "Parties in Interest"). To the best of my knowledge, A&M has no connection with the Parties in Interest except as described on Exhibit B hereto..

  10. To the best of my knowledge, A&M's relationships with the Parties in Interest identified on Exhibit B hereto are wholly unrelated to the Debtor and its bankruptcy case.

  11. None of A&M's clients identified on Exhibit B account for more than 1% of firm-wide revenues in the past two years.

  12. To the best of my knowledge, except as specifically disclosed in the Verified Statement and this Supplemental Verified Statement, A&M does not hold any interests that would prevent A&M from acting on behalf of the Debtor in this case as required under the Stipulated Order. If any new material, relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental verified statement.

Date: February 4, 2010

Mark A. Roberts
Managing Director,
Alvarez & Marsal North America, LLC

# Exhibit A to Supplemental Verified Statement
# Parties Searched

**Debtors:**

Max and Erma's Restaurants, Inc.

**Significant Secured Debt Holders:**

PNC Bank NA, Successor to merger by National City Bank
The Huntington National Bank
Park National Bank

**Significant Unsecured Creditors:**

361 STUDIOS LLC.
A & B PRINTING
ACK TEMP
A-DIRECT DEPOSIT EXPENSE RP
ADP COLUMBUS REGION
AERO FILTER INC
AES/PHEAA
AIS COMMERCIAL PARTS & SERV
ALL STATES EASTON SERVICES
ALLEGHENY POWER
ALLEGHENY REFRIGERATION SER
ALTAMETRICS, INC.
AMERICAN ELECTRIC POWER
AMERICAN EXPRESS
AQUA OHIO, INC.
ARAMARK UNIFORM SERVICES, I
ARMSTRONG CABLE SERVICES
ASSURED SOLUTIONS
AT & T MOBILITY
AT SYSTEMS, INC.
AT&T
AT&T (FORMERLY BELLSOUTH)
AT&T (FORMERLY SBC)
AT&T INTERNET SERVICES (FOR
AT&T LONG DISTANCE (FORMERL
A-TECH REFRIGERATION
ATLANTA REFRIGERATION SERVI
BEAUMONT CENTRE COMMERCIAL
BECK, J. B. LLC
BECK, LINDA
BEST COURIER, INC.
BEST RESTAURANT EQUIPMENT
BOMGARDNER, JOEL
BP
BRATTIN, MEGAN
BRIGHT, BRITTANY
BROGAN & TENNYSON INC.
BROWNING-FERRIS INDUSTRIES

BUCKEYE TELESYSTEM
BUREAU OF WORKERS' COMPENSA
BUTLER COUNTY DEPARTMENT OF
BUTLER, JOHN W
C T CORPORATION
CACH, LLC
CAFCO, INC.
CALL MANAGEMENT RESOURCES
CANTON TOWNSHIP WATER DEPAR
CAPITAL LIGHTING
CAPITAL ONE BANK
CAPITOL COPY
CAPPIE SPORTSWEAR & SCREEN
CARLIN, EDWARDS, BROWN, & H
CARMEL VENTURES
CB RICHARD ELLIS
CB RICHARD ELLIS INC
CBS RADIO
CENTRAL TAX BUREAU OF PA, I
CHAPTER 13 TRUSTEE
CHARTER TOWNSHIP OF PLYMOUT
CHEFWEAR, INC.
CHOICE AIRE/D & F HEATING
CINCINNATI BELL TELEPHONE
CINCINNATI WATER WORKS
CINTAS CORPORATION #333
CIRIELLO, WILLIAM J. PLUMBI
CITIZENS GAS & COKE
CITY OF AUBURN HILLS
CITY OF BIRMINGHAM
CITY OF CARMEL, IN.
CITY OF CHARLOTTE
CITY OF COLUMBUS
CITY OF GRANDVILLE
CITY OF LIVONIA-LIV.
CITY OF MAUMEE
CITY OF MAUMEE, OHIO
CITY OF NILES, OHIO
CITY OF NORTH CANTON PUBLIC
CITY OF PERRYSBURG
CITY OF PICKERINGTON
CITY OF ROCHESTER HILLS
CITY OF SANDY SPRINGS
CITY OF SPRINGBORO WATER B
CITY OF STERLING HEIGHTS
CITY OF VIRGINIA BEACH
CITY OF WARRENVILLE
CITY OF WESTERVILLE
CITY OF WESTLAND
CITY TREASURER
CITY TREASURER/LICENSE SECT
CITY-COUNTY TAX COLLECTOR
CLERMONT COUNTY TREASURER
CLIMATECH INC.
CLP-SPF ROOKWOOD COMMONS, L

COCA-COLA
COLE MT WOODRIDGE IL, LLC
COLUMBIA GAS
COLUMBIA GAS OF KENTUCKY
COLUMBUS BLUE JACKETS
COLUMBUS METRO FCU
COMCAST
COMCAST CABLEVISION
COMED
COMMERCIAL PARTS
COMMONWEALTH OF VIRGINIA
COMPOSITE TRADE PRINTING
CONDO, KELLY
CONDO, SAMANTHA
CONSOLIDATED COMMUNICATIONS
CONSUMERS ENERGY
CONTINENTAL CAPITAL FUND I,
CONTINGENT NETWORK SERVICES
CORNERSTONE MAX PICKERINGTO
COX COMMUNICATIONS
CREADY, CATHY A
CREATIVE GROUP
CRESTVIEW HILLS TOWN CENTER
CROSBY, BRETT
CROWNE PLAZA
CS UNIVERSITY PLACE I, LLC.
CURRAN TAYLOR INC
CYPRESS COMMUNICATIONS
DAYTON POWER & LIGHT
DDR
DDR DEER PARK TOWN CENTER L
DEATON'S MECHANICAL COMPANY
DEBORD, JEANNE
DELAWARE MUNICIPAL COURT
DEPARTMENT OF PUBLIC UTILIT
DETROIT MEDIA PARTNERSHIP
DICKERSON, DAVID D & ASSOCI
DIRECT ENERGY-(ELECT)
DIRECT ENERGY_(GAS)
DIRECT TV
DISPONETTE SERVICE CO., INC
DIVERSIFIED COLLECTION SERV
DIVISION OF WATER
DMX MUSIC
DOMINION EAST OHIO
DOMINION PEOPLES
DOMINION VIRGINIA POWER
DONATO'S
DOUBLETREE HOTEL VIRGINIA B
DREHER BUSINESS PRODUCTS
DTE ENERGY
DUBOSE, TRICETTA
DUERR, CASIE
DUKE ENERGY (FORMERLY CINER
DUNLEAVEY, MIKE

DUPAGE COUNTY
DUPAGE COUNTY PUBLIC WORKS
DUQUESNE LIGHT
DURO-LAST ROOFING, INC.
EAGLE PUBLISHING COMPANY
EASTON TOWN CENTER, LLC
EAVES, ANDREW A
ECOLAB
ECOLAB PEST ELIM.
EDFUND
EMCO SPRINKLER COMPANY, INC
ENERGEN INC.
ENERGY UNITED
ENGINEERING EXCELLENCE INC.
ENSALACO, NORA
ENVIRONMENTAL WASTE SOLUTIO
EQUITABLE GAS
ERIE COUNTY DEPARTMENT OF H
ERIE SEAWOLVES INC.
ERIE WATER WORKS
EXELON ENERGY COMPANY
FACILITEC EAST
FACILITIES RESOURCE GROUP
FEDERAL EXPRESS
FEDERAL WAGE AND LABOR LAW
FIFTH THIRD BANK
FINK, LAUREN
FIRST CONCORD PROPERTIES, L
FIRST ENERGY SOLUTIONS
FISCHNICH, SCOTT
FLAHERTY & O'HARA, P.C.
FLORIDA DEPARTMENT OF AGRIC
FORMAT PROFESSIONAL BUS.
FOX CHAPEL AUTHORITY
FRANKLIN COUNTY MUNICIPAL C
FRANKLIN MACHINE PRODUCTS,
FURRIE, SIERRA D
GARDA CL GREAT LAKES INC
GAS SOUTH
GASKET GUY
GASSI, MICHAEL
GATES, FRANK, SERVICE CO.
GATEWAY MANAGEMENT SERVICES
GBQ PARTNERS LLC
GCS SERVICE, INC.
GEER GAS CORPORATION
GENERAL REVENUE CORPORATION
GEORGIA DEPARTMENT OF REVEN
GEORGIA POWER CO.
GEORGIA SALES AND USE
GOLDMAN, JANICE
GRANITE TELECOMMUNICATIONS
GREAT LAKES SERVICE
GREEN GUARD FIRST AID & SAF
GREENE COUNTY SANITARY ENG.

GREENLINK NETWORKS
GREENWOOD INVESTORS
GUARDIAN ALARM COMPANY
GUARDIAN PLUMBING & HEATING
GUELDA, CHARLES & SONS
HALF, ROBERT TECHNOLOGY
HAMPTON ROAD SEWER (HRSD)
HAMPTON TOWNSHIP MUNICIPAL
HANCOCK, JOHN
HARMONY INVESTMENTS
HARRINGTON INDUSTRIAL LAUND
HEALTH COMMUNICATIONS, INC.
HEAT TRANSFER SPECIALISTS
HERVEY, JAMES TREVOR
HESS CORPORATION
HFT HOLDINGS
HIGGINS, CAREY
HINDS, DANIELLE G
HOBART-CORPORATION
HOLIDAY INN WILMINGTON
HOTSCHEDULES WORKFORCE SOLU
HURST INDUSTRIES
ICONTROL-ENTERPRISE.COM
IKON OFFICE SOLUTIONS
ILLINOIS DEPARTMENT OF REVE
ILLINOIS LIQUOR CONTROL COM
ILLUMINATING COMPANY
IMS
INDIANA DEPT. OF REV.
INDIANA SECRETARY OF STATE
INDIANAPOLIS POWER
INDIANAPOLIS WATER
INFOPRINT SOLUTIONS COMPANY
INGERSOLL, MICHEAL
INLAND US MANAGEMENT LLC
INSIGHT COMMUNICATIONS
INTECH PARK SERVICE ASSOCIA
INTERNAL REVENUE SERVICE
IRISH, SCOTT A
ISAAC-3030, LLC
ISERV COMPANY
J & J INDUSTRIES, INC.
JACKSON, ERROL
JAGUAR CREDIT CORP
JBE MANAGEMENT LLC
JOHNSON, TERRANCE/ROXANNA J
KENDZIERSKI, JESSICA
KENTON COUNTY FISCAL COURT
KENTUCKIANA COMFORT CENTER
KENTUCKY AMERICAN WATER
KENTUCKY STATE TREASURER-LE
KENTUCKY UTILITIES CO.
KENWEL PRINTERS, INC.
KEYBANK
KEYSTOP INVESTORS, INC.

KHOURY, JOHN
KIRK, PAUL
KIRK, RICK
KRG HAMILTON CROSSING, LLC
KUTINA, CHARLES
LAFORCE
LAKE COUNTY DEPARTMENT OF U
LAKE COUNTY DEPT./PUBLIC WO
LANSING BOARD OF WATER & LI
LAUREL PARK RETAIL PROPERTI
LAWS*N FLAG SUPPLY COMPANY
LEVIS COMMONS, LLC.
LEVY, YALE
LEWIS & KAPPES, P.C.
LIBERTY MUTUAL
LIEBERMAN RESEARCH WORLDWID
LINENS OF THE WEEK
LINNABARY AND ASSOCIATES
LOUISVILLE GAS AND ELECTRIC
LOUISVILLE WATER COMPANY
LTO ANYTHING LLC
LUMPE AND RABER
M & E RESTAURANT LLC
M & E WARRENVILLE, LLC
MAC BRIDE, RYAN
MACARTHUR SHOPPING CENTER L
MADDEN FAMILY LLC#3
MAHONEY ENVIRONMENTAL
MAKE A WISH OF MICHIGAN
MALENICK, DONAL H.
MANGO INVESTMENTS
MARKETPLACE @ VERNON HILLS
MARK'S REPAIR SERVICE, LLC
MARSHALL TOWNSHIP MUNICIPAL
MATHER, PEGGY
MATRIX
MATRIX MEDIA SERVICES, INC.
MATRIX TELECOM, INC.
MAX & ERMA'S HEALTH INS. TR
MAX ERMA MANAGEMENT COMPANY
MC Q CLEAN, LLC.
McCURDY & ASSOCIATES, INC.
MCKINLEY CENTRE
MEADOWBROOK ASSOCIATES, LLC
MECKLENBURG CIRCUIT COURT
MEGAPATH NETWORKS INC.
MICHIGAN DEPT. OF TREASURY
MICHIGAN GUARANTY AGENCY
MICHIGAN LOGOS, INC
MICRO CENTER
MIDDLETOWN MUNICIPAL COURT,
MILLCREEK PAVILION
MILLCREEK TOWNSHIP SEWER RE
MILLER'S TEXTILE SERVICES
MINDSHARE TECHNOLOGIES INC,

MITEL NETWORKS INC
MONGIOVI AND SON
MONROE MECHANICAL, INC.
MONROEVILLE WATER AUTHORITY
MONSTER, INC.
MONTGOMERY COUNTY SANITARY
MOORE, ANNAMARIE
MORSE & HAMILTON
NATIONAL CITY BANK
NATIONAL FUEL
NC DEPT. OF REVENUE
NCO FINANCIAL SYSTEMS, INC.
NEORSD
NEXSEN PRUET, PLLC
NICOR GAS
NIX, ANTHONY T
NORFOLK DEPARTMENT OF PUBLI
NORRIS, ERICA
NORTH CAROLINA STATE EDUC A
NORTH HILL GLASS & MIRROR C
NORTH SHORE GAS
NORTHRIDGE CROSSING LP
NP MAX & ERMA'S, LLC
OHIO CUSTODIAL MAINTENANCE
OHIO DIVISION OF LIQUOR CON
OHIO DIVISION OF UNCLAIMED
OHIO EDISON
OHIO LOGOS, INC.
OHIO TREASURER KEVIN L BOYC
OPTIMUM CARD SOLUTIONS
ORANGE TREE EMPLOYMENT SCRE
PA. DEPT. OF REVENUE-HORNES
PARKING LOT MAINTENANCE SYS
PARKVIEW TERRACE, INC.
PARTRIDGE CREEK FASHION PAR
PATCH FAMILY LIMITED PARTNE
PECO INC.
PEMBROKE SQUARE ASSOCIATES
PENELEC
PENN AVENUE PLACE ASSOCIATE
PENN POWER
PENNSYLVANIA-AMERICAN WATER
PERFORMANCE MECHANICAL CONT
PERKINS, ASHLEE
PETERS TOWNSHIP SANITARY AU
PHD MARKETING SERVICES, LLC
PHONE CHECK, INC.
PIEDMONT NATURAL GAS COMPAN
PIPES, EVAN
PITNEY BOWES INC.
PITTSBURGH IMPRINTING INC
PORRITT, KAITLIN
PORTER, WRIGHT, MORRIS
PORTFOLIO RECOVERY ASSOCIAT
POSTMASTER

PRECISION KLEEN INC
PRECISION PLUMBING AND DRAI
PRICE, AARIKA
PRIMO RESTAURANT MANAGEMENT
PROFESSIONAL BOWLERS ASSOCI
PROFESSIONAL HEATING & COOL
PROFILES INTERNATIONAL INC
PROFORMA
PROMENADE DELAWARE, LLC.
PRUDENTIAL INSURANCE COMPAN
PURE AIR FILTER SALES AND S
RACK DRAFT SERVICES
RECRUITING RESOURCES LLC
RENOVATORS, INC.
RESCUE ROOTER
RESTAURANT MECHANICAL SERVI
RICE, CAROLYN TREASURER
RITTER, CHARLES COMPANY
RIVERTOWN CROSSINGS
RLV HUNTER'S SQUARE LP
ROBERTSON MORRISON INC.
ROKAKIS, JAMES CUYAHOGA CTY
ROSCOE
ROSEMONT COMMONS DELAWARE L
ROTO ROOTER
ROTO-ROOTER
RRP SYCAMORE PLAZA LP
RUFFIN, ASHLEY
RYAN, LECLAIR
S.S. KEMP & CO.
SAGE DAYTON, LTD.
SAIDINER, ALVIN AND ROSALIE
SCHERER LOCK & SUPPLY, INC.
SCHIMM, AMANDA
SCHMIDT, RICHARD
SCHUSTER CONCEPTS
SCOTT CONSTRUCTION
SCOTT TWP.
SEARS, MICHAEL
SECRETARY OF STATE
SENN BROTHERS PRODUCE
SERVISOFT OF MIDDLEFIELD-S.
SHOES FOR CREWS, LLC
SHORT TERM LOANS L.L.C.
SIEGEL, MOSES, SCHOENSTADT
SIESEL, MARVIN AND URSULA
SIMON PROPERTY GROUP, L. P.
SIMPLEXGRINNELL FIRE & SECU
SLAVIK, RHEA
SMITH, A. F. ELECTRIC INC.
SONITROL SECURITY SYSTEMS
SONITROL SECURITY SYSTEMS-S
SONITROL TRI-COUNTY
SOUTH CENTRAL POWER COMPANY
SPECTRUM UTILITIES SOLUTION

SPIRIT FINANCE CORPORATION
SPRINT
SPRINT-(MIS DEPT)
SRK SYLVANIA ASSOCIATES, LL
STAPLES BUSINESS ADVANTAGE
STARK COUNTY SANITARY ENGIN
STATE OF MICHIGAN-DELEG, UI
STATE OF MICHIGAN-SAC
STAUNTON GENERAL DISTRICT C
STOUGH ASSOCIATES
SUBURBAN NATURAL GAS COMPAN
SYKES, BOURDON, AHERN, & LE
SYLVANIA TOWNSHIP
SYSCO CENTRAL WAREHOUSE
TALX UCEXPRESS
TAYLOR PLUMBING INC.
TIME WARNER CABLE
TOLEDO EDISON
TOLEDO MUNICIPAL COURT
TOUCHTONE COMMUNICATIONS
TOWNSHIP OF NORTH FAYETTE
TRABON PRINTING
TRANSOURCE/B2DIRECT,INC.
TREAS. OF ALLEGHENY
TREASURER OF STATE OF OHIO
TREASURER, VIRGINIA BEACH,
TREASURER-CUYAHOGA COUNTY,
TRINITY MECHANICAL SYSTEMS,
TURNER ACCEPTANCE CORP.
TWELVE OAKS MALL LTD. PRTNR
TYREE, KELSEY
U. S. DEPARTMENT OF EDUCATI
U.S. DEPARTMENT OF EDUCATIO
UGI ENERGY SERVICES, INC.
ULINE
UNCLAIMED PROPERTY DIVISION
UNIFIRST CORPORATION
UNITED FACILITIES SERVICES
UNITED HEALTHCARE INSURANCE
UNITED STATES POSTAL SERVIC
UPAC
VECTREN ENERGY DELIVERY
VERIZON
VERIZON NORTH
VERIZON WIRELESS
VILLAGE OF BURR RIDGE, IL.
VILLAGE OF DEER PARK
VILLAGE OF GURNEE
VILLAGE OF HOFFMAN ESTATES,
VILLAGE OF PALATINE
VILLAGE OF ROCHESTER HILLS
VILLAGE OF WOODRIDGE
VINWOOD DEVELOPMENT LLC
VIRGINIA DEPARTMENT OF TAXA
VIRGINIA DEPT. OF ALCOHOLIC

VIRGINIA NATURAL GAS INC.
WACMA
WALBY, NICHOLAS
WASHINGTON COUNTY DRS, FAMI
WATERWORKS COMFORTWORKS
WEA BELDEN LLC
WEINSTEIN, JOHN K.
WEISS INVESTMENTS
WELCOMEMAT SERVICES, INC.
WELLS FARGO FOOTHILL, INC.
WELLS FARGO INSURANCE SERV.
WEST VIEW WATER AUTHORITY
WEST-CAMP PRESS, INC.
WI SCTF
WILES BOYLE BURKHOLDER & BR
WILKINS, BRYANT
WILLIAMSBURG/JAMES CITY CIR
WINDSTREAM (FORMERLY ALLTEL
WINGATE INN POLARIS
WOLPOFF & ABRAMSON, L.L.P.
XO COMMUNICATIONS
ZBP-K LLC
ZIPF, CARL LOCK SHOP, INC.
ZOELLNER, KENT

**Significant Equity Holders:**

Gary L. Reinert, Sr.
G&R Acquisition, Inc.

**Client Counsel/ Attorney's Name:**

Robert O. Lampl, Elsie Lampl

**Other Interested Parties:**

Fifth Third Bank -- cash management accounts
Reed Smith, LLP, Attorney for the Agent
Raintree Capital Advisors, LLC, Financial Advisors for the Agent
Bailey Cavalieri, LLC, Attorney for National City Bank
McGuire Woods LLP, Attorney for the Unsecured Creditors Committee
Walker Nell Partners, Financial Advisors for the UCC
Office of the U.S. Trustee, Region 3
Roberta A. DeAngelis, Acting U.S. Trustee
Heather Sprague, Office of the United States Trustee

# EXHIBIT B TO SUPPLEMENTAL VERIFIED STATEMENT

## Max and Erma's Restaurant, Inc.

**Creditors[1]**
American Electric Power
American Express
AT&T
BP
Ecolab
Energen Inc.
Exelon Energy, Inc.
Fifth Third Bank
Georgia Power Co.
GE Franchise Finance
John Hancock
Keybank
National City Bank
Pitney Bowes Inc.
PNC Bank N.A.
Prudential Insurance Co
The Huntington National Bank
Ugi Energy Services, Inc
Verizon

**Members of Noteholders Group[2]**
American Express
Ikon Office Solutions
Prudential Insurance Co

**Professionals & Advisors[3]**

CB Richard Ellis
Porter, Wright, Morris

**Clients of A&M and/or its Affiliates[4]**
ADP Columbus Region
American Electric Power
American Express
AT&T
BP
Capital One Bank
CB Richard Ellis
CBS Radio
Cintas Corporation #333
Coca Cola
Comcast
Cox Communications
Direct Energy
Duke Energy
Eagle Publishing Company
Energen Inc.
Exelon Energy, Inc.
Fifth Third Bank
GE Franchise Finance
Great Lakes Gas
Hess Corporation
Indiana Dept. of Rev
InfoPrint Solutions Company
Inland US Management LLC
Jaguar Credit Corp
Kentucky Utilities Co.
Keybank
Liberty Mutual
Louisville Gas And Electric
National City Bank
PNC Bank N.A.
Prudential Insurance Co
Rescue Rooter
Robert Half Technology

---

[1] A&M is currently advising or has previously advised these parties or their affiliates as creditors or various official creditors' committees of which these parties or their affiliates were members or which represented the interests of those parties or their affiliates.

[2] A&M is currently advising or has previously advised various official or unofficial noteholders' committees of which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided crisis management) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] A & M and/or an affiliate is currently providing or has previously provided certain consulting services to these parties or their affiliates in wholly unrelated matters.

1

Staples Business Advantage
Sysco Central Warehouse
SYSCO Corporation
Time Warner Cable
United Healthcare Insurance
United States Postal Service
Verizon
Xo Communications

## Significant Equity Holders[5]
ADP Columbus Region
American Express
BP
CBS
GE Franchise Finance
Insight Communications
John Hancock
Keybank
PNC Bank N.A.
Prudential Insurance Co

## Significant Joint Venture Partners[6]
Sprint PCS

---

[5] These parties or their affiliates are significant equity holders of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[6] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.