# Robert O Lampl, Attorney at Law

960 Penn Avenue • Suite 1200 • Pittsburgh, PA 15222 • Phone 412/392-0330 • Fax 412/392-0335

| Robert O Lampl | John P. Lacher | James R. Cooney | Elsie R. Lampl |
| rlampl@lampllaw.com | jlacher@lampllaw.com | jcooney@lampllaw.com | elampl@lampllaw.com |

February 9, 2010

**(via electronic filing)**

The Honorable M. Bruce McCullough
5464 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Facsimile: 412-644-4331
*Attention: Debbie Daum*

In Re:     Max & Erma's Restaurant, Inc., Bankruptcy No. 09-27807-MBM
            Motion to Extend Time to Assume or Reject Unexpired Leases of
                Nonresidential Real Property, Doc. No. 333
            Hearing Date and Time: None Scheduled Yet

## WITHDRAWAL OF PENDING MOTION

Dear Judge McCullough:

I represent Max & Erma's Restaurant, Inc. Please withdraw the pending Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, filed at Doc. No. 333, which was filed on February 8, 2010. A revised Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property was filed at Doc. No. 334 today.

Respectfully,

Elsie R. Lampl

c:     Max & Erma's Restaurant, Inc.