IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

'10 FEB 16 P1:03

IN RE: )
)
MAX & ERMA'S RESTAURANT, INC. ) BANKRUPTCY NO. 09-27807-MBM
)
        DEBTOR. ) CHAPTER 11
)
MAX & ERMA'S RESTAURANT, INC., ) DOCUMENT NO.
)
        MOVANT, )
)
vs. )
)
MICHAEL G. VERICH AND )
DAVID N. HANSON, )
)
        RESPONDENTS. )
)

## MOTION TO WITHDRAW AS COUNSEL

Now comes Attorney William Paul McGuire, counsel of record for David N. Hanson, and moves this Court for an order to withdraw as counsel and for good cause states that respondent David N. Hanson concurs with such settlement.

Respectfully submitted,

_____
William Paul McGuire #0003315
William Paul McGuire Co., L.P.A.
Chase Tower, Suite 705
106 E. Market St.
P.O. Box 1243
Warren, Ohio 44482-1243
Phone: (330) 392-8800
Fax: (330) 392-8835

February _11_, 2009

See attachment for Signature
_____
David N. Hanson

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw as Counsel was served this __11__ day of February, 2010, to the following person(s) via U.S. ordinary mail.

Robert O. Lampl
John P. Lacher
Elsie R. Lampl
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA  15222

Nicholas Meriwether
Mike Roeschenthaler
McGuireWoods, LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA  15222

David N. Hanson
P.O. Box 65
Newton Falls, Ohio  44444

Michael G. Verich
594 Quarry Lane
Warren, Ohio  44483

Robert F. Burkey
200 Chestnut Place
200 Chestnut Street
Warren, Ohio  44483

Frank Bodor
157 Porter Street NE
Warren, Ohio  44483

_____
William Paul McGuire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAX & ERMA'S RESTAURANT, INC. | BANKRUPTCY NO. 09-27807-MBM |
| DEBTOR. | CHAPTER 11 |
| MAX & ERMA'S RESTAURANT, INC., | DOCUMENT NO. |
| MOVANT, | |
| v. | |
| MICHAEL G. VERICH AND DAVID N. HANSON, | |
| RESPONDENTS. | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Attorney William Paul McGuire, counsel of record for David N. Hanson, and moves this Court for an order to withdraw as counsel and for good cause states that respondent David N. Hanson concurs with such settlement.

Respectfully submitted,

William Paul McGuire #0003315
William Paul McGuire Co., L.P.A.
Chase Tower, Suite 705
106 E. Market St.
P.O. Box 1243
Warren, Ohio 44482-1243
Phone: (330) 392-8800
Fax: (330) 392-5935

_____, 2009

David N. Hanson