IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MAX & ERMA'S RESTAURANT, INC., | Bankruptcy No. 09-27807-MBM |
| Debtor. | Chapter 11 |
| MAX & ERMA'S RESTAURANT, INC., | Document No. |
| Movant, | |
| v. | |
| NO RESPONDENT. | |

### ORDER OF COURT

AND NOW, upon consideration of the Debtor's Motion to Extend the Exclusivity Periods, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1. The Debtor be and hereby is granted an extension of the exclusive period to file a Plan of Reorganization for 120 days, i.e. until, June 20, 2010.

2. The period mandated by 1121(c)(3) be and hereby is extended for 120 days i.e. until August 19, 2010.

DATE: 3/2/10

_____
United States Bankruptcy Judge

FILED

MAR 3 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA