# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 09-27807-MBM |
| MAX & ERMA'S RESTAURANT, INC. | Chapter 11 |
| Debtor. | Docket No. |
| | Related to Docket No. 762 and 834 |

## REPORT OF SALE

TO: ALL CREDITORS AND PARTIES IN INTEREST

Pursuant to Paragraph 7 of the Order Approving Joint Motion for Entry of an Order (I) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Manner of Notices; (III) Approving Certain Bid Protections; and (IV) Establishing Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Docket No. 834) (the "Bid Procedures Order"), you are hereby notified that the following party was the successful bidder at the auction held on August 16, 2010:

**Fidelity Newport Holdings, LLC, a Delaware Limited Liability Company**

Submitted by:

/s/ Robert O Lampl
Robert O Lampl
PA I.D. #19809
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 392-0330
Facsimile: (412) 392-0335